VACIL D. BOZOVSKY, Respondent, *v.* BUFFALO AND LAKE ERIE TRACTION COMPANY, Appellant.

*Bozovsky* v. *Buffalo & Lake Erie Traction Co.*, 153 App. Div. 939, affirmed.

(Argued May 13, 1914; decided June 2, 1914.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered November 27, 1912, affirming a judgment of the Chautauqua County Court which affirmed a judgment of the Municipal Court of Dunkirk in favor of plaintiff in an action to recover for personal injuries and damage to property alleged to have been occasioned through the negligence of defendant.

*Thomas R. Wheeler* and *Lyman M. Bass* for appellant.

*Glenn W. Woodin* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., CHASE, COLLIN, CUDDEBACK, HOGAN, MILLER and CARDOZO, JJ.